IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00403-CV

 

Nancy Braus,

                                                                      Appellant

 v.

 

Texas Aggie Bonfire Committee,

                                                                      Appellee

 

 



From the 361st District Court

Brazos County, Texas

Trial Court No. 03-001246-CV-361

 



MEMORANDUM OPINION










 

          Nancy Braus presented an original
document to this Court requesting a dismissal of her appeal.  She attached a
notice of nonsuit of her claims against Appellee, Texas Aggie Bonfire
Committee.

                   The appeal is dismissed.  See
Tex. R. App. P. 42.1.

 

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Before
Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

Appeal
dismissed

Opinion
delivered and filed May 9, 2007

[CV06]






y:"CG Times";color:black'>[CRPM]